**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:
NU ALLIANCE COMPANY                    CASE NO 8:18-bk-03533-CPM
                                       CHAPTER: 7

　　Debtor(s).
_____/

**NOTICE OF PRELIMINARY HEARING**

NOTICE IS HEREBY GIVEN THAT:

A preliminary hearing in this case will be held on May 29, 2018 at 9:30 AM, Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL, to consider and act upon the following and transact such other business that may come before the court:

*Emergency Motion to Validate Post-Petition Foreclosure Sale [DE 11]*

1. The hearing may be continued upon announcement made in open Court without further notice.
2. Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.
3. Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

DATED: May 21, 2018

　　　　　　　　　　　　　　　　　　　　　　Jeffrey Fraser, Esq.
　　　　　　　　　　　　　　　　　　　　　　**Albertelli Law**
　　　　　　　　　　　　　　　　　　　　　　Attorney for Secured Creditor
　　　　　　　　　　　　　　　　　　　　　　PO Box 23028
　　　　　　　　　　　　　　　　　　　　　　Tampa, FL 33623
　　　　　　　　　　　　　　　　　　　　　　Telephone: (813) 221-4743
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (813) 221-9171

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Jeffrey Fraser, Esq.*
　　　　　　　　　　　　　　　　　　　　　　Jeffrey Fraser
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No: 0085894

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.