# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE:

| | |
|---|---|
| **NU ALLIANCE COMPANY** | **CASE NO.:** 8:18-bk-03533-CPM |
| Debtor(s). | **CHAPTER**: 7 |
| _____/ | |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 21st day of May, 2018, I served a copy of the

*Notice of Hearing on the Emergency Motion to Validate Post-Petition Foreclosure Sale*

[**D.E. #13**] on the parties listed below:

NU Alliance Company
7000 Eunice Drive
Riverdale, GA 30274

Dawn A. Carapella
P.O. Box 67
Valrico, FL 33595-0067

United States Trustee - TPA7/13
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

 

                                                    Jeffrey Fraser, Esq.
                                                    **Albertelli Law**
                                                    Attorney for Secured Creditor
                                                    PO Box 23028
                                                    Tampa, FL 33623
                                                    Telephone: (813) 221-4743
                                                    Facsimile: (813) 221-9171

                                                    By: */s/ Jeffrey Fraser, Esq.*
                                                     Jeffrey Fraser
                                                    Florida Bar No: 0085894

ALAW FILE NO. 18-015158