# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
[*Tampa Division*]
www.flmb.uscourts.gov

IN RE:                                                                 CASE NO. 8:18-bk-03533-CPM
                                                                       Chapter 7

    NU Alliance Company,


        Debtor(s).

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

TAKE NOTICE that the undersigned hereby appears as counsel for interested party BANK OF AMERICA, N.A. ("Bank of America") with respect to real property located at 5801 Rock Springs Rd., Lithonia, GA 30038, Loan No. x7570-0. Further, pursuant to Rule 9010 of the Bankruptcy Rules of Procedure, Bank of America requests that all further notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

**Laudy Luna, Esquire**
**Frank P. Cuneo, Esquire**
**Liebler, Gonzalez & Portuondo**
**Courthouse Tower - 25th Floor**
**44 West Flagler Street**
**Miami, FL  33130**
**(305) 379-0400**

TAKE FURTHER NOTICE that pursuant to the Bankruptcy Code, the foregoing request also includes, without limitation, copies of all orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or

otherwise which affect or seek to affect in any way Bank of America's rights or interest with respect to the Debtor, property of the Debtor, or property of the estate, including proceeds thereof, in which the Debtor may claim an interest.

    Respectfully submitted,

    /s/ Laudy Luna
    Laudy Luna (FBN 044544)
    Email: ll@lgplaw.com
    Frank P. Cuneo (FBN 123188)
    Email: fpc@lgplaw.com
    *Counsel for Bank of America, N.A.*
    Liebler, Gonzalez & Portuondo
    Courthouse Tower - 25th Floor
    44 West Flagler Street
    Miami, FL 33130
    Tel: (305) 379-0400

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2018, a copy of the *Notice of Appearance and Request for Service of Papers* was served via the Court's electronic case filing system on all of those parties receiving electronic notice in the above-referenced case and via U.S. Regular Mail to the following parties:

*Plaintiff:*
NU Alliance Company
7000 Eunice Drive
Riverdale, GA 30274
PRO SE

*Defendant:*
The Law Office of Rubin Lublin, LLC
3145 Avalon Ridge Place, Ste. 100
Peachtree Corners, GA 30071
PRO SE

*Trustee:*
Dawn A. Carapella
P.O. Box 67
Valrico, FL 33595-0067

*U.S. Trustee:*
United States Trustee – TPA 7/13
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

    /s/ Laudy Luna
    LAUDY LUNA